1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNIE MERKLEY,        ) | CASE NO: 1:14-cv-01867 --- JLT |
|                        ) | |
|   Plaintiff,           ) | ORDER CONTINUING SCHEDULING |
|                        ) | CONFERENCE |
|   v.                   ) | |
|                        ) | |
| CONTINENTAL LABOR RESOURECES, INC., ) | |
| et al.,                ) | |
|                        ) | |
|   Defendants.          ) | |

Plaintiff filed this action on November 24, 2014 and in the complaint, raises causes of action related to claims surrounding the termination of his employment. (Doc. 1 at 4) The Court issued a summons to defendants on the same date the matter was filed. (Doc. 2) However, Plaintiff has not filed proof of service.

At the time the Court issued the summons, the Court also issued its order setting mandatory scheduling conference. (Doc. 3) This order reads in pertinent part,

> The Court is unable to conduct a scheduling conference until defendants have been served with the summons and complaint. Accordingly, plaintiff(s) shall diligently pursue service of summons and complaint and dismiss those defendants against whom plaintiff(s) will not pursue claims. Plaintiff(s) shall promptly file proofs of service of the summons and complaint so the Court has a record of service. Counsel are referred to F.R.Civ.P., Rule 4 regarding the requirement of timely service of the complaint. **Failure to timely serve summons and complaint may result in the imposition of sanctions, including the dismissal of unserved defendants.**

(Doc. 3 at 1-2, emphasis added)  There has not been an appearance by any defendant.

Plainly, the Court cannot proceed with the scheduling conference given the lack of appearance by the defendant.  However, in continuing the scheduling conference, Plaintiff is reminded of its obligation of *timely* service under Rule 4 and that the Court may order the dismissal of this matter sua sponte for failure to comply with Fed. R. Civ. P. 4.

**ORDER**

Based upon the foregoing, the Court **ORDERS**:

1. The status conference re: consent/scheduling conference, currently set on March 11, 2015 is **CONTINUED** to **May 28, 2015** at 8:30 a.m.

**Plaintiff is advised that his failure to comply with this order and with Fed. R. Civ. P. 4, will result in a recommendation that the matter be dismissed.**

IT IS SO ORDERED.

Dated:   **February 26, 2015**              **/s/ Jennifer L. Thurston**
                                             UNITED STATES MAGISTRATE JUDGE