UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNIE MERKLEY, ) | Case No.: 1:14-cv-01867 --- JLT |
| Plaintiff, ) ) | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. ) ) | |
| CONTINENTAL LABOR RESOURCES, ) ) | |
| Defendant. ) ) | |

On May 11, 2015, the Court ordered Plaintiff to show cause why defendant, Continental Labor Resources, Inc., should not be dismissed for his failure to serve the summons and complaint according to the requirements of Fed. R. Civ. P. 4(m). (Doc.13) On May 21, 2015, Plaintiff filed a notice of voluntary dismissal of this defendant. (Doc. 15) Thus, the order to show cause is **DISCHARGED**.

IT IS SO ORDERED.

Dated:   **May 22, 2015**              /s/ Jennifer L. Thurston
                                       UNITED STATES MAGISTRATE JUDGE

1