# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNIE MERKLEY, | ) Case No.: 1:14-cv-018677 DAD JLT |
| Plaintiff, | ) |
| v. | ) ORDER RE: DISCOVERY DISPUTES AND |
| | ) NON-DISPOSITIVE MOTIONS |
| CONTINENTAL LABOR RESOURCES, INC, et al., | ) |
| Defendants. | ) |
| AND RELATED CROSS ACTION | ) |

No written discovery motions shall be filed without the prior approval of the assigned Magistrate Judge. A party with a discovery dispute must first confer with the opposing party in a good faith effort to resolve by agreement the issues in dispute. If that good faith effort is unsuccessful, the moving party promptly shall seek a telephonic hearing with all involved parties and the Magistrate Judge. It shall be the obligation of the moving party to arrange and originate the conference call to the court. To schedule this telephonic hearing, the parties are ordered to contact Courtroom Deputy Clerk, Susan Hall at (661) 326-6620 or via email at SHall@caed.uscourts.gov. **Counsel must comply with Local Rule 251 with respect to discovery disputes or the motion will be denied without prejudice and dropped from calendar.**

In scheduling such motions, the Court may grant applications for an order shortening time

pursuant to Local Rule 144(e).  However, if counsel does not obtain an order shortening time, the notice of motion must comply with Local Rule 251.  Counsel may appear at hearings on non-dispositive motions via the CourtCall service.

IT IS SO ORDERED.

Dated:   **March 31, 2016**                             **/s/ Jennifer L. Thurston**
                                                                         UNITED STATES MAGISTRATE JUDGE