Andrew C. Muzi, Esq., Bar No. 132282
amuzi@muzilaw.com
Nida L. Henderson, Esq., Bar No. 242877
nhenderson@muzilaw.com
MUZI & ASSOCIATES, APLC
111 Pacifica, Suite 220
Irvine, California 92618-7425
Telephone:  (949) 553-9277
Facsimile:   (949) 553-9288

Attorneys for Defendant/Counter-Claimant
C.L. KNOX, INC. dba ADVANCED INDUSTRIAL SERVICES
erroneously sued as ADVANCED INDUSTRIAL SERVICES, INC.

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNIE MERKLEY, an individual, | Case Number: 1:14-CV-01867-JLT |
| Plaintiff, | **ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THIS ACTION** |
| v. | |
| CONTINENTAL LABOR RESOURCES, INC.; ADVANCED INDUSTRIAL SERVICES, INC.; and DOES 1 through 50, inclusive, | |
| Defendants. | |
| C.L. KNOX, INC. dba ADVANCED INDUSTRIAL SERVICES, a California corporation, | |
| Counter-Claimant, | |
| v. | |
| CONTINENTAL LABOR RESOURCES, INC., a California Corporation; and ROES 1 through 10, | |
| Counter-Defendants. | |

-1-
**~~STIPULATION TO DISMISS COUNTERCLAIMS~~**

Pursuant to Local Rule 143, Defendant/Counter-Claimant C.L. KNOX, INC. dba ADVANCED INDUSTRIAL SERVICES (hereinafter "AIS"), and Defendant/Counter-Defendant CONTINENTAL LABOR RESOURCES, INC. (hereinafter "CLR" and collectively with AIS, the "Parties"), stipulate as follows:

WHEREAS, on or about April 3, 2015, AIS filed a Cross-Complaint against CLR, alleging counterclaims of equitable indemnity, implied indemnity, apportionment and contribution, and declaratory relief;

WHEREAS, AIS' counterclaims against CLR have settled; and

WHEREAS, the Parties agree that AIS' counterclaims against CLR should be dismissed with prejudice in light of AIS and CLR's settlement.

THEREFORE, IT IS HEREBY STIPULATED, by and between the Parties, through their respective undersigned counsel, subject to approval by this Honorable Court, that the counterclaims of AIS against CLR are dismissed with prejudice.

DATED:   *12/8/16*            **MUZI & ASSOCIATES, APLC**

BY:   */s/ Nida L. Henderson, Esq.*
      Nida L. Henderson, Esq.
      Andrew C. Muzi, Esq.
      Attorney for Defendant/Counter-Claimant
      C.L. KNOX, INC. dba ADVANCED
      INDUSTRIAL SERVICES

DATED:  *12/8/16*             **LITTLER MENDELSON, P.C.**

BY:   */s/ Irene Fitzgerald, Esq.*
      Irene Fitzgerald, Esq.
      Attorney for Counter-Defendant
      CONTINENTAL LABOR RESOURCES, INC.

# ORDER

On December 9, 2016, the parties to the cross complaint filed a stipulation to dismiss the action. (Doc. 39) Federal Rules of Civil Procedure Rule 41 provides that "the [cross-complainant] may dismiss an action without a court order by filing. . . a stipulation of dismissal signed by all parties who have appeared.". . ." Fed. R. Civ. P. 41(a). Once such a notice has been filed, an order of the Court is not required to make the dismissal effective. Fed. R. Civ. P. 41(a)(1)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997). Because the cross complaint is the only remaining portion of this case, the Clerk of Court is **DIRECTED** to close this action in light of the notice of dismissal with prejudice filed and properly signed pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **December 19, 2016**          **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE